# UNITED STATES DISTRICT COURT
# DISRICT OF MASSACHUSETTS

Civil Action : 20-10980-FDS

**Christopher Brown**
**Plaintiff**

v.

**Damon Dash et al**
**Defendant**

## Order of Dismissal

Saylor, D.J.

In accordance with the Memorandum and Order [29] dated 11/18/2020 it is hereby

ORDERED that the above-entitled action is DISMISSED without prejudice.

By the Court,

/s/ Taylor Halley
Deputy Clerk

11/18/2020